**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY J. FOSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. SORHEIM, et al.,<br><br>　　　　　Defendants. | Case No. CV 21-9609 RGK (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint in the above-captioned matter, Defendants' Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED THAT:

　　1.　　Defendants' Motion to Dismiss (Dkt. No. 21) is GRANTED. Plaintiff's Due Process claims in Claim II against Correctional Officers K. Sorheim, R. Benavides, and S. Kuhn and Correctional Lieutenant John Doe are DISMISSED with prejudice. This

action shall proceed solely on the Eighth Amendment claims against Sorheim, Benavides and Kuhn in Claim I.

2. Defendants are ORDERED to file Answers to the First Amended Complaint, as amended by this Order, within fourteen (14) days of the date of this Order.

The Clerk shall serve copies of this Order on Plaintiff at his address of record and on counsel for Defendants.

IT IS SO ORDERED.

DATED: 12/9/2022

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE